UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>          Plaintiff,<br><br>v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>          Defendants. | Case No. CV 19-6795-GW-SSx<br><br>**JUDGMENT GRANTING DEFENDANT STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   July 2, 2020<br>TIME:   8:30 A.M.<br>PLACE: United States Courthouse,<br>              350 West 1st Street<br>              Los Angeles, CA, 90012<br>              Courtroom 9D, 9th Floor<br>JUDGE: George H. Wu |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

1.

The Motion for Summary Judgment ("Motion") of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant") and Plaintiff Brain Whitaker ("Plaintiff") came on regularly for hearing on July 2, 2020 before the Honorable George H. Wu, judge presiding.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion and Plaintiff's Motion, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for violation of Title III of the Americans with Disabilities Act of 1990 as to dining tables is moot, and therefore this Court does not have subject matter jurisdiction over this claim as a matter of law. The Court further declines to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim.

ACCORDINGLY, Plaintiff's entire complaint is dismissed.

**IT IS SO ORDERED**.

Dated: July 28, 2020

HON. GEORGE H. WU
U.S. DISTRICT JUDGE

4823-6338-7588.1 104108.1009